FILED

05/03/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0639

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## No. DA 22-0639

FORWARD MONTANA; LEO GALLAGHER; MONTANA ASSOCIATION OF CRIMINAL DEFENSE LAWYERS; GARY ZADICK,

Plaintiffs and Appellants,

v.

THE STATE OF MONTANA, by and through GREG GIANFORTE, Governor,

Defendant and Appellee.

## ORDER GRANTING APPELLANTS' UNOPPOSED MOTION FOR LEAVE TO FILE CORRECTED OPENING BRIEF

Appellants' Unopposed Motion for Leave to File Corrected Opening Brief is GRANTED. Accordingly Appellants' corrected Opening Brief shall be filed and replace both the Opening Brief and Appendix entered on the docket on May 1, 2023.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 3 2023